# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 09-70107 MLB |
| RODRIGUEZ, EDUARDO | § | |
| RODRIGUEZ, MARIA A | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 01/16/2009 . The undersigned trustee was appointed on 01/17/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 5,500.45 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 6.13 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of | $ | 5,494.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 06/29/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,300.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,300.05 , for a total compensation of $ 1,300.05 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/14/2009 _____   By:/s/DANIEL M. DONAHUE _____
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit A**

| | |
|---|---|
| Case No: | 09-70107   MLB   Judge: MANUEL BARBOSA |
| Case Name: | RODRIGUEZ, EDUARDO |
| | RODRIGUEZ, MARIA A |
| For Period Ending: | 07/14/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 01/16/09 (f) |
| 341(a) Meeting Date: | 02/19/09 |
| Claims Bar Date: | 06/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. 2003 Dodge Durango | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Income Tax Refunds (u) | 6,342.00 | 5,500.00 | | 5,500.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.45 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $213,992.00   $5,500.00   $5,500.45   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for the claims period to close to review claims and proceed to final report.

Initial Projected Date of Final Report (TFR): 10/01/09      Current Projected Date of Final Report (TFR): 10/01/09

Ver: 14.31c

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

| | |
|---|---|
| Case No: | 09-70107 -MLB |
| Case Name: | RODRIGUEZ, EDUARDO |
| | RODRIGUEZ, MARIA A |
| Taxpayer ID No: | *******4826 |
| For Period Ending: | 07/14/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1347  MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/27/09 | 7 | EDUARDO AND MARIA RODRIGUEZ | INCOME TAX REFUNDS | 1224-000 | 5,500.00 | | 5,500.00 |
| | | 729 REGENT DR | | | | | |
| | | CRYSTAL LAKE, IL  60014-8578 | | | | | |
| 04/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,500.12 |
| 05/29/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,500.25 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond | 2300-000 | | 6.13 | 5,494.12 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,494.26 |
| 07/14/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 5,494.32 |
| 07/14/09 | | Transfer to Acct #*******1428 | Final Posting Transfer | 9999-000 | | 5,494.32 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 5,500.45 | 5,500.45 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 5,494.32 | |
| Subtotal | | 5,500.45 | 6.13 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 5,500.45 | 6.13 | |

Page Subtotals        5,500.45        5,500.45

Ver: 14.31c

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

**Exhibit B**

| | |
|---|---|
| Case No: | 09-70107 -MLB |
| Case Name: | RODRIGUEZ, EDUARDO |
| | RODRIGUEZ, MARIA A |
| Taxpayer ID No: | *******4826 |
| For Period Ending: | 07/14/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1428 GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/09 | | Transfer from Acct #*******1347 | Transfer In From MMA Account | 9999-000 | 5,494.32 | | 5,494.32 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| COLUMN TOTALS | 5,494.32 | 0.00 | 5,494.32 |
| Less: Bank Transfers/CD's | 5,494.32 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |
| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| MONEY MARKET - *******1347 | 5,500.45 | 6.13 | 0.00 |
| GENERAL CHECKING - *******1428 | 0.00 | 0.00 | 5,494.32 |
| | 5,500.45 | 6.13 | 5,494.32 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          5,494.32          0.00

Ver: 14.31c

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-70107 | | Page 1 | | Date: July 14, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | RODRIGUEZ, EDUARDO | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $725.00 | $0.00 | $725.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $32.81 | $0.00 | $32.81 |
| 000001<br>070<br>7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $2,639.65 | $0.00 | $2,639.65 |
| 000002<br>070<br>7100-00 | eCAST Settlement Corporation assignee<br>of HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $2,555.62 | $0.00 | $2,555.62 |
| 000003<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $926.88 | $0.00 | $926.88 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $2,479.78 | $0.00 | $2,479.78 |
| 000005<br>070<br>7100-00 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $635.78 | $0.00 | $635.78 |
| 000006<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK OF<br>AMERICA<br>BY AMERICAN INFOSOURCE LP AS<br>ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $1,890.82 | $0.00 | $1,890.82 |
| 000007<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $4,843.15 | $0.00 | $4,843.15 |
| | Case Totals: | | | $16,729.49 | $0.00 | $16,729.49 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70107 MLB
Case Name: RODRIGUEZ, EDUARDO
              RODRIGUEZ, MARIA A
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| _Trustee: DANIEL M. DONAHUE_ | $ _____ 1,300.05 | $ _____ 0.00 |
| _Attorney for trustee: MCGREEVY_ | | |
| _WILLIAMS_ | $ _____ 725.00 | $ _____ 32.81 |
| _Appraiser:_ | $ _____ | $ _____ |
| _Auctioneer:_ | $ _____ | $ _____ |
| _Accountant:_ | $ _____ | $ _____ |
| _Special Attorney for trustee:_ | $ _____ | $ _____ |
| _Charges:_ | $ _____ | $ _____ |
| _Fees:_ | $ _____ | $ _____ |
| _Other:_ | $ _____ | $ _____ |
| _Other:_ | $ _____ | $ _____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Attorney for debtor:_ | | $ | $ |
| _Attorney for:_ | | $ | $ |
| _Accountant for:_ | | $ | $ |
| _Appraiser for:_ | | $ | $ |
| _Other:_ | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,971.68  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000001_ | _CHASE BANK USA_ | $ 2,639.65 | $ 567.95 |
| _000002_ | eCAST Settlement Corporation<br>_assignee of HSBC Bank_ | $ 2,555.62 | $ 549.87 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 926.88 | $ 199.42 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 2,479.78 | $ 533.55 |
| 000005 | Chase Bank USA,N.A. | $ 635.78 | $ 136.79 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,890.82 | $ 406.83 |
| 000007 | Roundup Funding, LLC | $ 4,843.15 | $ 1,042.05 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| <u>Trustee's Attorney</u> | | | | |
| McGreevy Williams | *Fees* | $0.00 | $725.00 | $725.00 |
| | *Expenses* | $0.00 | $32.81 | $32.81 |
| <u>Trustee's Accountants</u> | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| <u>Other Professionals</u> | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $725.00 | $725.00 |
| | *Expenses* | $0.00 | $32.81 | $32.81 |
| | | $0.00 | $757.81 | $757.81 |

**Exhibit G**