# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 09-70107 MLB |
| RODRIGUEZ, EDUARDO | § | |
| RODRIGUEZ, MARIA A | § | |
|     Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 5,500.45 |
| *and approved disbursements of* | $ | 6.13 |
| *leaving a balance of* | $ | 5,494.32 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $ 1,300.05 | $ 0.00 |
| *Attorney for trustee: MCGREEVY WILLIAMS* | $ 725.00 | $ 32.81 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

|                    | Reason/Applicant | Fees | Expenses |
|--------------------|------------------|------|----------|
| _Charges:_         |                  | $    | $        |
| _Fees:_            |                  | $    | $        |
| _Other:_           |                  | $    | $        |
| _Other:_           |                  | $    | $        |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                       | Reason/Applicant | Fees | Expenses |
|-----------------------|------------------|------|----------|
| _Attorney for debtor:_|                  | $    | $        |
| _Attorney for:_       |                  | $    | $        |
| _Accountant for:_     |                  | $    | $        |
| _Appraiser for:_      |                  | $    | $        |
| _Other:_              |                  | $    | $        |

• In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
|              |          | $                     | $                |
|              |          | $                     | $                |
|              |          | $                     | $                |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,971.68 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | CHASE BANK USA | $ 2,639.65 | $ 567.95 |
| 000002 | eCAST Settlement Corporation assignee of HSBC Bank | $ 2,555.62 | $ 549.87 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 926.88 | $ 199.42 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 2,479.78 | $ 533.55 |
| 000005 | Chase Bank USA,N.A. | $ 635.78 | $ 136.79 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,890.82 | $ 406.83 |
| 000007 | Roundup Funding, LLC | $ 4,843.15 | $ 1,042.05 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-NFR (4/1/2009) *(Page: 3)*

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/17/2009 in Courtroom 115,

                United States Courthouse
                211 S. Court Street
                Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/14/2009         By:/s/DANIEL M. DONAHUE
                                      Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903, ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 1              Date Rcvd: Jul 22, 2009
Case: 09-70107                Form ID: pdf006             Total Noticed: 36

The following entities were noticed by first class mail on Jul 24, 2009.
db/jdb        +Eduardo Rodriguez,    Maria A. Rodriguez,    729 Regent Drive,    Crystal Lake, IL 60014-8578
aty           +Cynthia J Briscoe,    Briscoe Law Offices,    210 N Walkup Avenue,    Crystal Lake, IL 60014-4339
aty            Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
tr             Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
13048512      +American General Finance,    7020 Huntley Rd,    Carpentersville, IL 60110-3615
13048513      +Bank of America,    P.O. Box 15102,    Wilmington, DE 19886-5102
13048514      +Beneficial,    P.O. Box 17574,    Baltimore, MD 21297-1574
13802431      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13048515      +Capitol One,    c/o NCO Financial,    P.O. Box 64,    Virginia Beach, VA 23458-0064
13048516      +Capitol One Bank,    P.O. Box 5294,    Carol Stream, IL 60197-5294
13048517      +Carson Pirie Scott,    P.O. Box 17264,    Baltimore, MD 21297-1264
13048518      +Centegra Health Systems,    P.O. Box 1447,    Woodstock, IL 60098-1447
13048519      +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13922359      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas, TX 75374-0933
13048520      +Chrysler Financial,    P.O. Box 9001921,    Louisville, KY 40290-1921
13048521      +CitiBank,    P.O. Box 87126,    Chicago, IL 60680-0126
13048522      +CitiCards,    P.O. Box 688918,    Des Moines, IA 50368-8918
13941649       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
13048526      +HSBC Bank,    c/o NCB Management Services,    P.O. Box 1099,    Langhorne, PA 19047-6099
13048527      +HSBC Bank/Carsons,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13048524       Harlem Furniture,    P.O. Box 65974,    San Antonio, TX 78265
13048525      +Heights Finance,    P.O. Box 176,    Mchenry, IL 60051-0176
13048529      +Macy's Dept. Store,    P.O. Box 689195,    Des Moines, IA 50368-9195
13048530      +Nationwide Mortgage,    P.O. Box 919000,    Des Moines, IA 50391-9000
13834946      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13048531      +SEARS,    P.O. Box 183081,    Columbus, OH 43218-3081
13048532      +TCF Bank,    801 Marquette Ave,    Minneapolis, MN 55402-3475
13048533      +Tribute Payment Processing,    P.O. Box 11800,    Newark, NJ 07101-8100
13048534      +Union Plus,    P.O. Box 17053,    Baltimore, MD 21297-1053
13048537      +Wells Fargo Financial,    P.O. Box 98798,    Las Vegas, NV 89193-8798
13805101       eCAST Settlement Corporation assignee of HSBC Bank,    Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jul 23, 2009.
13048523      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2009 03:31:07     GE Money Bank,    P.O. Box 981064,
                El Paso, TX 79998-1064
13048528      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 23 2009 03:30:17     Kohl's,    P.O. Box 2983,
                Milwaukee, WI 53201-2983
13963547       E-mail/PDF: BNCEmails@blinellc.com Jul 23 2009 03:30:03     Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
13048535      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 23 2009 03:31:31     Verizon Wireless,
                P.O. Box 25505,    Lehigh Valley, PA 18002-5505
13048536      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2009 03:32:38     WAL-MART,    P.O. Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13048538*     +Wells Fargo Financial,    P.O. Box 98798,    Las Vegas, NV 89193-8798
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2009**                    **Signature:**   _Joseph Speetjens_