## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § § | |
| RODRIGUEZ, EDUARDO § | Case No. 09-70107 |
| RODRIGUEZ, MARIA A § § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 207,650.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 3,436.46 | Claims Discharged Without Payment: 72837.33 |
| Total Expenses of Administration: 2,063.99 | |

3) Total gross receipts of $ 5,500.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,500.45 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 200,277.44 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 2,063.99 | 2,063.99 | 2,063.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 60,302.11 | 15,971.68 | 15,971.68 | 3,436.46 |
| **TOTAL DISBURSEMENTS** | $ 260,579.55 | $ 18,035.67 | $ 18,035.67 | $ 5,500.45 |

4) This case was originally filed under chapter 7 on 01/16/2009. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2009          By:/s/DANIEL M. DONAHUE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refunds | 1224-000 | 5,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.45 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,500.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chrysler Financial P.O. Box 9001921 Louisville, KY 40290 | | 6,788.00 | NA | NA | 0.00 |
| Harlem Furniture P.O. Box 65974 San Antonio, TX 78265 | | 4,489.44 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nationwide Mortgage P.O. Box 919000 Des Moines, IA 50391 | | 189,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 200,277.44 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,300.05 | 1,300.05 | 1,300.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 6.13 | 6.13 | 6.13 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 725.00 | 725.00 | 725.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 32.81 | 32.81 | 32.81 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,063.99 | $ 2,063.99 | $ 2,063.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (9/1/2009) (Page: 4)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American General Finance 7020 Huntley Rd Carpentersville, IL 60110 | | 6,584.22 | NA | NA | 0.00 |
| Bank of America P.O. Box 15102 Wilmington, DE 19886 | | 1,711.10 | NA | NA | 0.00 |
| Beneficial P.O. Box 17574 Baltimore, MD 21297 | | 8,947.11 | NA | NA | 0.00 |
| Capitol One Bank P.O. Box 5294 Carol Stream, IL 60197 | | 856.07 | NA | NA | 0.00 |
| Capitol One c/o NCO Financial P.O. Box 64 Virginia Beach, VA 23466 | | 4,293.26 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Carson Pirie Scott P.O. Box 17264 Baltimore, MD 21297 | | 2,442.96 | NA | NA | 0.00 |
| Centegra Health Systems P.O. Box 1447 Woodstock, IL 60098 | | 2,216.50 | NA | NA | 0.00 |
| Chase P.O. Box 15153 Wilmington, DE 19886 | | 2,443.10 | NA | NA | 0.00 |
| CitiBank P.O. Box 87126 Chicago, IL 60680-8712 | | 2,049.52 | NA | NA | 0.00 |
| CitiCards P.O. Box 688918 Des Moines, IA 50368 | | 2,233.73 | NA | NA | 0.00 |
| GE Money Bank P.O. Box 981064 El Paso, TX 79998 | | 1,502.65 | NA | NA | 0.00 |
| HSBC Bank c/o NCB Management Services P.O. Box 1099 Langhorne, PA 19047 | | 2,327.38 | NA | NA | 0.00 |
| HSBC Bank/Carsons P.O. Box 5253 Carol Stream, IL 60197 | | 2,442.95 | NA | NA | 0.00 |
| Heights Finance P.O. Box 176 Mchenry, IL 60050 | | 1,005.76 | NA | NA | 0.00 |
| Kohl's P.O. Box 2983 Milwaukee, WI 53201 | | 518.28 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Macy's Dept. Store P.O. Box 689195 Des Moines, IA 50368 | | 296.28 | NA | NA | 0.00 |
| SEARS P.O. Box 183081 Columbus, OH 43218 | | 752.90 | NA | NA | 0.00 |
| TCF Bank 801 Marquette Ave Minneapolis, MN 55402 | | 209.08 | NA | NA | 0.00 |
| Tribute Payment Processing P.O. Box 11800 Newark, NJ 07101 | | 1,419.56 | NA | NA | 0.00 |
| Union Plus P.O. Box 17053 Baltimore, MD 21297 | | 2,403.23 | NA | NA | 0.00 |
| Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002 | | 54.33 | NA | NA | 0.00 |
| WAL-MART P.O. Box 530927 Atlanta, GA 30353 | | 1,559.79 | NA | NA | 0.00 |
| Wells Fargo Financial P.O. Box 98798 Las Vegas, NV 89193 | | 3,352.28 | NA | NA | 0.00 |
| Wells Fargo Financial P.O. Box 98798 Las Vegas, NV 89193 | | 8,680.07 | NA | NA | 0.00 |
| CHASE BANK USA | 7100-000 | NA | 2,639.65 | 2,639.65 | 567.95 |
| CHASE BANK USA,N.A. | 7100-000 | NA | 635.78 | 635.78 | 136.79 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 2,555.62 | 2,555.62 | 549.87 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 1,890.82 | 1,890.82 | 406.83 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 926.88 | 926.88 | 199.42 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 2,479.78 | 2,479.78 | 533.55 |
| ROUNDUP FUNDING, LLC | 7100-000 | NA | 4,843.15 | 4,843.15 | 1,042.05 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 60,302.11 | $ 15,971.68 | $ 15,971.68 | $ 3,436.46 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-70107 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | RODRIGUEZ, EDUARDO | | | Date Filed (f) or Converted (c): | 01/16/09 (f) |
| | RODRIGUEZ, MARIA A | | | 341(a) Meeting Date: | 02/19/09 |
| For Period Ending: | 09/22/09 | | | Claims Bar Date: | 06/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. 2003 Dodge Durango | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Income Tax Refunds (u) | 6,342.00 | 5,500.00 | | 5,500.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.45 | FA |

TOTALS (Excluding Unknown Values)    $213,992.00    $5,500.00    $5,500.45

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for the claims period to close to review claims and proceed to final report.

Initial Projected Date of Final Report (TFR): 10/01/09    Current Projected Date of Final Report (TFR): 10/01/09

LFORM1
UST Form 101-7-TDR (9/1/2009) (Page: 9)

Ver: 15.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-70107 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RODRIGUEZ, EDUARDO | Bank Name: | BANK OF AMERICA, N.A. |
| | RODRIGUEZ, MARIA A | Account Number / CD #: | *******1347 MONEY MARKET |
| Taxpayer ID No: | *******4826 | | |
| For Period Ending: | 09/22/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/27/09 | 7 | EDUARDO AND MARIA RODRIGUEZ<br>729 REGENT DR<br>CRYSTAL LAKE, IL 60014-8578 | INCOME TAX REFUNDS | 1224-000 | 5,500.00 | | 5,500.00 |
| 04/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,500.12 |
| 05/29/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,500.25 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 6.13 | 5,494.12 |
| 06/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,494.26 |
| 07/14/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 5,494.32 |
| 07/14/09 | | Transfer to Acct #*******1428 | Final Posting Transfer | 9999-000 | | 5,494.32 | 0.00 |

```
                                    COLUMN TOTALS              5,500.45    5,500.45    0.00
                              Less: Bank Transfers/CD's            0.00    5,494.32
                                    Subtotal                    5,500.45       6.13
                              Less: Payments to Debtors                        0.00
                                    Net                         5,500.45       6.13
```

Page Subtotals 5,500.45 5,500.45

Ver: 15.00

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-70107 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | RODRIGUEZ, EDUARDO | Bank Name: | BANK OF AMERICA, N.A. |
| | RODRIGUEZ, MARIA A | Account Number / CD #: | *******1428 GENERAL CHECKING |
| Taxpayer ID No: | *******4826 | | |
| For Period Ending: | 09/22/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/09 | | Transfer from Acct #*******1347 | Transfer In From MMA Account | 9999-000 | 5,494.32 | | 5,494.32 |
| 08/17/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,300.05 | 4,194.27 |
| 08/17/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 725.00 | 3,469.27 |
| 08/17/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 32.81 | 3,436.46 |
| 08/17/09 | 000103 | CHASE BANK USA C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000001, Payment 21.5% | 7100-000 | | 567.95 | 2,868.51 |
| 08/17/09 | 000104 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Claim 000002, Payment 21.5% | 7100-000 | | 549.87 | 2,318.64 |
| 08/17/09 | 000105 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000003, Payment 21.5% | 7100-000 | | 199.42 | 2,119.22 |
| 08/17/09 | 000106 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000004, Payment 21.5% | 7100-000 | | 533.55 | 1,585.67 |
| 08/17/09 | 000107 | Chase Bank USA,N.A. c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Claim 000005, Payment 21.5% | 7100-000 | | 136.79 | 1,448.88 |
| | | | Page Subtotals | | 5,494.32 | 4,045.44 | |

Ver: 15.00

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 11)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-70107 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | RODRIGUEZ, EDUARDO | Bank Name: | BANK OF AMERICA, N.A. |
| | RODRIGUEZ, MARIA A | Account Number / CD #: | *******1428 GENERAL CHECKING |
| Taxpayer ID No: | *******4826 | | |
| For Period Ending: | 09/22/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/09 | 000108 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000006, Payment 21.5% | 7100-000 | | 406.83 | 1,042.05 |
| 08/17/09 | 000109 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000007, Payment 21.5% | 7100-000 | | 1,042.05 | 0.00 |

```
                           COLUMN TOTALS               5,494.32      5,494.32         0.00
                   Less:  Bank Transfers/CD's          5,494.32          0.00
                        Subtotal                           0.00      5,494.32
                   Less:  Payments to Debtors                            0.00
                        Net                                0.00      5,494.32
                                                                        NET        ACCOUNT
               TOTAL - ALL ACCOUNTS              NET DEPOSITS    DISBURSEMENTS     BALANCE
           MONEY MARKET - ********1347              5,500.45            6.13          0.00
           GENERAL CHECKING - ********1428              0.00        5,494.32          0.00
                                                    ---------        ---------      --------
                                                    5,500.45         5,500.45          0.00
                                                    =========        =========      ========
                                                  (Excludes Account  (Excludes Payments  Total Funds
                                                     Transfers)         To Debtors)      On Hand
```

Page Subtotals    0.00    1,448.88

Ver: 15.00

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 12)

**Bank of America**

```
CUSTOMER CONNECTION                          Account Number    4429751428
BANK OF AMERICA, N.A.                        01 01 148 06 M0000 E#     10
DALLAS, TEXAS  75283-2406                    Last Statement:     07/31/2009
                                             This Statement:     08/31/2009

                                             Customer Service
                                             1-877-757-8233
ESTATE OF
RODRIGUEZ, EDUARDO, DEBTOR
RODRIGUEZ, MARIA A, DEBTOR                   Page       1 of      2
DANIEL M. DONAHUE - TRUSTEE
09-70107                                     Bankruptcy Case Number: 0970107
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 08/01/2009 - 08/31/2009 | Statement Beginning Balance | 5,494.32 |
| Number of Deposits/Credits          0 | Amount of Deposits/Credits | .00 |
| Number of Checks                   10 | Amount of Checks | 5,494.32 |
| Number of Other Debits              0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures               10 | Service Charge | .00 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,300.05 | 08/24 | 8492623403 | 105 | 199.42 | 08/27 | 7592690858 |
| 101 | 725.00 | 08/24 | 8492623404 | 106 | 533.55 | 08/27 | 7592690857 |
| 102 | 32.81 | 08/24 | 8492623405 | 107 | 136.79 | 08/25 | 9330295174 |
| 103 | 567.95 | 08/26 | 9292447637 | 108 | 406.83 | 08/24 | 8892080248 |
| 104 | 549.87 | 08/24 | 8592840857 | 109 | 1,042.05 | 08/27 | 9492291862 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 5,494.32 | 5,494.32 | 08/26 | 1,775.02 | 1,775.02 |
| 08/24 | 2,479.76 | 2,479.76 | 08/27 | .00 | .00 |
| 08/25 | 2,342.97 | 2,342.97 | 08/31 | .00 | .00 |

HH